UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SCHINELLA,

                Plaintiff(s),               **ORDER**

    - against -                      19 Civ. 8931 (NSR)

SOYER, et al.,

                Defendant(s).

-----------------------------------------------------------X

Román, D.J.:

        The Court waives the Initial Pre-trial Conference, will sign the Case Management Plan and issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days to schedule a conference.

                                                                               SO ORDERED.

Dated:     White Plains, New York
              March 3, 2020

                                                                                Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2020