**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETH SCHINELLA,
        PLAINTIFF

vs

DR. ADAM SOYER, GEORGE SALEM, JR.
and THE COUNTY OF DUTCHESS,
        DEFENDANTS

---

CASE # 7:19-cv-08931(NSR)

# PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION

RUSSELL A. SCHINDLER, ESQ
Attorney for Plaintiff, Beth Schinella
245 Wall Street
Kingston, NY 12401
(845) 331-4496
Southern District Bar Roll# RS8666

The Court terminates this motion as moot because it is not a stand alone motion but a Memo of Law in Opposition to Deft's motion to dismiss. Clerk of Court is requested to terminate the motion (doc. 54).
Dated: Feb. 10, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/2022__