**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action No.: 7:19-cv-08931
(NSR/JCM)

Hon. Nelson S. Roman, U.S.D.J.

BETH SCHINELLA

                                      Plaintiff,
-against-

DR. ADAM SOYER, GEORGE SALEM, JR. and
THE COUNTY OF DUTCHESS,

                                      Defendants.

**DEFENDANTS, THE COUNTY OF DUTCHESS and GEORGE SALEM, JR.'s
REPLY MEMORANDUM OF LAW**

MURPHY BURNS LLP
Attorneys for Defendants
George Salem Jr. and the County of Dutchess
407 Albany Shaker Road
Loudonville, New York 12211
Telephone (518) 690-0096

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022

Of Counsel:
    James J. Burns, Esq.

---

The Court terminates this motion as moot because it is not a stand alone motion but a Reply Memo of Law in Support of Deft's motion to dismiss. Clerk of Court is requested to terminate the motion (doc. 55).
Dated: Feb. 10, 2022

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE