# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

BETH SCHINELLA,

                Plaintiff,                              19 **CIVIL** 8931 (NSR)

   -against-                                  **JUDGMENT**

GEORGE SALEM, JR. and COUNTY OF DUTCHESS,

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         February 15, 2024

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:** _____
                                                     **Deputy Clerk**